IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA                     Date: August 8, 2017

vs.                                          Case No.: 2:16-CR-4001-BCW-01

Antonio Andolini Hughes

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 11:40 am            **Time Terminated:** 11:54 am

## APPEARANCES

**Plaintiff's counsel:** Lauren Kummerer, AUSA
**Defendant's counsel:** Troy K. Stabenow
**Probation officer:** Claudia Allison

**PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation on Plea of Guilty. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of BOP for a period of 60 months on Count 1 of the Indictment; followed by 3 years supervised release on Count 1 with mandatory, standard and special conditions. FINE: waived; MSA: $100. Dft advised of right to appeal. Defendant remanded to the custody of the US Marshal. Count 2 dismissed upon motion of the government.

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Tania Lock